Joseph Lavi, Esq. (SBN 209776)
jlavi@lealwfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Aaron D. Boal, Esq. (SBN 327005)
aboal@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff,
LUIS J. FERRRER GONZALEZ, on behalf of himself
and others similarly situated

S. Brett Sutton (SBN 143107)
Jared Hague (SBN 251517)
**SUTTON HAGUE LAW CORPORATION, P.C.**
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500
Facsimile: (559) 981-1217

Attorneys for Defendants CALIFORNIA DAIRIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS J. FERRER GONZALEZ, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DAIRIES, INC., and DOES 1 to 100, inclusive<br><br>Defendants. | Case No.: 1:23-cv-01458-KES-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF TULARE**<br><br>Action Removed: October 11, 2023 |

**ORDER RE JOINT STIPULATION TO REMAND**

**ORDER**

Having considered the joint stipulation to remand (Doc. 14), and good cause appearing, the court hereby ORDERS that this case be remanded back to the Superior Court of California for the County of Tulare.

IT IS SO ORDERED.

Dated:   September 3, 2024

_____
UNITED STATES DISTRICT JUDGE